IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff**<br><br>V.<br><br>**JOSE ORLANDO FIGUEROA**<br>**Defendant** | **CRIMINAL NO: 98-00268 (002) (JAF)** |

## MOTION FOR EARLY TERMINATION
## OF SUPERVISED RELEASE

**TO THIS HONORABLE COURT:**

Comes Now, defendant Jose Orlando Figueroa, by and thru his undersigned counsel and to this Honorable Court respectfully states and prays:

1. On July 9th, 1999, this Honorable Court sentenced defendant to 57 months of incarceration and a term of supervision of three (3) years, which commenced upon release from confinement.

2. For 27 months, the defendant has faithfully complied with each and every condition of his supervision as can be attested by the US Probation office.

3. Aside from the instant conviction, the defendant has not been arrested, charged or convicted for any other criminal offense, misdemeanor or felony either in the United States or the

Motion For Termination...
Page 2

Commonwealth of Puerto Rico.

4. Subscribing attorney has visited U.S. Probation office pertaining this motion, and they have been duly notified; defendant and this attorney think it would be in the best interest of justice that the present motion be granted.

In San Juan, Puerto Rico this _____ day of December, 2004.

        S/ERIC J. PIJUAN TORRES, Esq.
        COUNSEL FOR Jose Orlando Figueroa
        USDC 122-203
        2151 AVE. GILBERTO MONROIG
        SAN JUAN, PUERTO RICO 00915
        TEL./FAX 787-728-5688
        epijuan @ coqui. net

Certificate of Service:

I certify that today December _____ 2004, I electronically filed with the Clerk office the foregoing motion, said filing will be sent via Cm/efc to U.S. Attorney's office and U.S. Probation office.

        S/ERIC J. PIJUAN TORRES